FILED
HARRISBURG
SEP 07 2016
PER /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIM NO.   1:16-CR-212 |
|---|---|---|
| | ) | |
| v. | ) | (Chief Magistrate Judge Carlson) |
| | ) | |
| KEVIN COLES | ) | |

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

NOW COMES Peter J. Smith, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **KEVIN COLES, ID#124763**, with violation of 21 U.S.C. § 846 / 841(a)(1) and 18 U.S.C. § 924(c)(1) / 2.

2. That the said **KEVIN COLES, ID#124763** is now in the custody of the Warden of **FRANKLIN COUNTY PRISON, CHAMBERSBURG, PA.**

WHEREFORE, on behalf of the United States of America, the said Peter J. Smith, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **KEVIN COLES, ID#124763** before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania **September 8, 2016** at **1:30 p.m.**, for an Initial Appearance / Arraignment.

/s/ William A. Behe
WILLIAM A. BEHE
Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108

Date:    09/07/2016

Phone: (717) 221-4482
Fax: (717) 221-4493
William.Behe@usdoj.gov