# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:16-CR-212 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **KEVIN COLES,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of July, 2017, upon consideration of the motion (Doc. 67) by defendant Kevin Coles ("Coles") to suppress any statements made during a post-arrest interview with law enforcement on July 7, 2016, (id.), and further upon consideration of the government's response (Doc. 79) which states that "the United States will not use at trial . . . any statements given by [Coles] from the July 7, 2016 post-arrest interview," (id. at 3), and the court construing the government's response as concurrence in Coles' motion, it is hereby ORDERED that Coles' motion (Doc. 67) is GRANTED and any statements given by Coles during the July 7, 2016 post-arrest interview shall be inadmissible at trial.

      /S/ CHRISTOPHER C. CONNER  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania