IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-212** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **KEVIN COLES,** | : | |
| **Defendant** | : | |

# **ORDER**

AND NOW, this 10th day of July, 2017, upon consideration of the motion (Doc. 69) by defendant Kevin Coles ("Coles") to suppress evidence resulting from his "warrantless" arrest on July 7, 2016, (id. ¶ 4), and further upon consideration of the government's response (Doc. 79) to Coles' motion, wherein the government rejoins that Coles was arrested on July 7, 2016 pursuant to a valid arrest warrant issued in the state of New York, and that the subsequent search of his vehicle was conducted pursuant to a valid search warrant issued in the state of Maryland, (see id. at 1-2), and the court having reviewed the search warrant attached to the government's response, (Doc. 79-2), and the National Crime Information Center warrant check reflecting a then-outstanding arrest warrant for "Coles, Kevin," (Doc. 79-1), it is hereby ORDERED that Coles shall file a reply on or before **Friday, July 14, 2017** showing cause why his motion (Doc. 69) to suppress the fruits of his "warrantless" arrest should not be denied and the suppression hearing scheduled for July 18, 2017 should not be cancelled.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania