# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-212** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **KEVIN COLES,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 8th day of September, 2017, upon consideration of the motions (Docs. 67, 69, 100) to suppress evidence filed by defendant Kevin Coles ("Coles"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Coles' motion (Doc. 67) to suppress statements is GRANTED to the extent that Coles' statements during the August 11, 2016 custodial interrogation shall be inadmissible at trial.

2. Coles' motion (Doc. 69) to suppress evidence resulting from his detention and arrest on July 7, 2016 is DENIED.

3. Coles' motion (Doc. 100) to suppress all evidence gathered as a result of the warrant search of 142 Lincoln Way West, Chambersburg, Pennsylvania, on July 22, 2016 is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania