# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:16-CR-212** |
| v. : | **(Chief Judge Conner)** |
| **KEVIN COLES,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 10th day of January, 2018, upon consideration of the motion (Doc. 141) for reconsideration filed by defendant Kevin Coles ("Coles"), asking the court to reconsider in part its ruling of September 8, 2017, wherein the court granted Coles' motion (Doc. 67) to suppress statements made during an August 11, 2016 custodial interrogation, but denied Coles' motion (Doc. 69) to suppress evidence resulting from his detention and arrest on July 7, 2016 and his motion (Doc. 100) to suppress evidence gathered as a result of the warrant search of 142 Lincoln Way West, Chambersburg, Pennsylvania, on July 22, 2016, and the court determining that no basis for reconsideration exists, it is hereby ORDERED that Coles' motion (Doc. 141) for reconsideration is DENIED.

                        /S/ CHRISTOPHER C. CONNER
                        Christopher C. Conner, Chief Judge
                        United States District Court
                        Middle District of Pennsylvania