IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:16-CR-212 |
| | ) | |
| v. | ) | (Chief Judge Conner) |
| | ) | |
| KEVIN COLES | ) | UNDER SEAL |

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE, THE JUDGES OF SAID COURT:

**NOW COMES** David J. Freed, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **KEVIN COLES**, with violation of 21 U.S.C. § 846 and 18 U.S.C. § 924c.

2. That the said **KEVIN COLES** is now in the custody of the Warden of Adams County Prison, Gettysburg, Pennsylvania.

**WHEREFORE**, on behalf of the United States of America, the said David J. Freed, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **KEVIN COLES** before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania April 24, 2018 at 9:30 **a.m.** p.m. for an Initial Appearance / Arraignment.

Date: 04/12/18

/s/ William A. Behe
WILLIAM A BEHE
Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493
William.Behe@usdoj.gov