IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:16-CR-212 |
|---|---|---|
|  | ) |  |
| v. | ) | (CONNER, C.J) |
|  | ) |  |
| KEVIN COLES | ) |  |

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

   NOW COMES David J. Freed, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

   1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **KEVIN COLES**, with violation of 18 U.S.C. § 1951(a), et al.

   2. That the said **KEVIN COLES** is now in the custody of the Warden of **ADAMS COUNTY PRISON, GETTYSBURG, PA.**

   **WHEREFORE**, on behalf of the United States of America, the said David J. Freed, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **KEVIN COLES** before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania _____, **2018** at _____ **a.m./p.m.** for an Initial Appearance / Arraignment.

Date:_____12/20/2018_____

/s/ William A. Behe
WILLIAM A. BEHE
Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493
William.Behe@usdoj.gov