# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:16-CR-212 |
| v. : | (Chief Judge Conner) |
| **KEVIN COLES (1)** : | |
| **DEVIN DICKERSON (2)** : | |
| Defendants : | |

## ORDER

AND NOW, this 19th day of February, 2019 upon consideration of the United States' Motion (Doc. 421) to Dismiss Original and First Superseding Indictment Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure and for the reasons stated therein, it is hereby ORDERED that the Motion is GRANTED. The original Indictment and First Superseding Indictment at this docket number are dismissed without prejudice. The United States will proceed with those charges under the Second Superseding Indictment filed on December 20, 2018.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania