# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:16-CR-212 |
| | : |
| v. | : (Judge Conner) |
| | : |
| **KEVIN COLES (1),** | : |
| **DEVIN DICKERSON (2),** | : |
| **TOREY WHITE (3),** | : |
| **JERELL ADGEBESAN (5),** | : |
| **KENYATTA CORBETT (6),** | : |
| **MICHAEL BUCK (7),** | : |
| **NICHOLAS PREDDY (8), and** | : |
| **JOHNNIE JENKINS-** | : |
| **ARMSTRONG (9),** | : |
| | : |
| **Defendants** | : |

## ORDER

AND NOW, this 22nd day of July, 2020, upon consideration of learned counsel's *ex parte* requests (Docs. 599-603, 605, 608) to continue their respective appointments notwithstanding the government's declination to seek the death penalty in this case, and for the reasons set forth in the court's accompanying memorandum of today's date, it is hereby ORDERED that learned counsel's requests (Docs. 599-603, 605, 608) are GRANTED, the appointments of learned counsel are CONTINUED, but the hourly rate of compensation for all counsel is REDUCED to the hourly rate applicable to noncapital cases, see GUIDE TO JUDICIARY POLICY, Vol. 7, Ch. 6, § 230.16(a).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania