IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-212 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| KEVIN COLES, | : | |
| DEVIN DICKERSON, | : | |
| TOREY WHITE, | : | |
| JERELL ADGEBESAN, | : | |
| KENYATTA CORBETT, | : | |
| NICHOLAS PREDDY, | : | |
| JOHNNIE JENKINS-ARMSTRONG, | : | |
| TERRENCE LAWSON, and | : | |
| TYRONE ARMSTRONG, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of January, 2021, upon consideration of the pretrial motions filed by defendants Kevin Coles, Devin Dickerson, Torey White, Jerell Adgebesan, Nicholas Preddy, Johnnie Jenkins-Armstrong, Terrence Lawson, and Tyrone Armstrong, as well as the parties' briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 652, 660, 666, 676, 679-3, 680) to sever Counts Twenty through Twenty-Two of the third superseding indictment for trial are GRANTED. Counts Twenty through Twenty-Two are SEVERED and shall be tried separately from Counts One through Nineteen.

2. Coles' motion (Doc. 662) for bill of particulars, joined in by Dickerson, (Doc. 680), is GRANTED to the extent that the government shall file a bill of particulars no later than **Friday, February 12, 2021**, identifying (1) whether Coles and Dickerson are alleged to have been present at Jackson's farm at or around the time of the alleged robberies and the triple homicide, and (2) whether Coles and Dickerson are charged as principals or aiders and abettors on Counts One through Eleven. The motion is otherwise DENIED.

3. Coles' motion (Doc. 664) to dismiss Counts One through Eleven and Count Fifteen is DENIED. Coles' motion (Doc. 679-3) to sever is DENIED except as set forth in paragraph 1.

4. Dickerson's omnibus motion (Doc. 680) is DENIED except as set forth in paragraphs 1 and 2.

5. White's motion (Doc. 586) for bill of particulars on Counts Six and Eleven, motion (Doc. 592) to dismiss Counts Eight, Nine, and Ten, and motion (Doc. 668) to sever his case for trial are DENIED.

6. Preddy's motion (Doc. 652) to strike prejudicial surplusage and to sever Counts Twelve through Nineteen for trial is DENIED.

7. Jenkins-Armstrong's motion (Doc. 685) to dismiss Counts Three, Four, Five, and Six is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania