IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:16-CR-212 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **KEVIN COLES,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of August, 2021, upon consideration of defendant Kevin Coles' motions (Docs. 811, 819, 821, 823-4) to suppress evidence, and the parties' respective briefs in support of and opposition thereto, and for the reasons set forth in the court's accompanying memorandum of today's date, it is hereby ORDERED that:

1. Coles' motion (Doc. 811) to suppress all evidence obtained by the government's improper use of an administrative warrant to gather evidence in a criminal case is DENIED.

2. Coles' motions (Docs. 821, 823-4) to suppress all evidence collected as a result of the orders issued pursuant to 18 PA. CONS. STAT. § 5743 and 18 PA. CONS. STAT. § 5773 are DENIED as moot to the extent they pertain to text message content sought but not received from T-Mobile and are otherwise DENIED.

3. Coles' motion (Doc. 819) to suppress all statements during his July 7, 2016 interview is GRANTED to the extent it seeks suppression of all statements made after Coles invoked his right to counsel three minutes and 54 seconds into the interview.  The motion is DENIED to the extent it seeks suppression of pre-invocation statements.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania