# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:16-CR-212 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **KEVIN COLES,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 12th day of November, 2021, upon consideration of defendant Kevin Coles' motion (Doc. 982) to exclude certain testimony of John F. Goshert, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Coles' motion (Doc. 982) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania